585 A.2d 405
STATE OF NEW JERSEY v. GERMAN F. JIMENEZ.

October 30, 1990.

Petition for certification denied.

585 A.2d 405
STATE OF NEW JERSEY v. R.R.

October 30, 1990.

Petition for certification denied.

585 A.2d 405
STATE OF NEW JERSEY v. WILLIE JOE FUNDERBURG.

October 30, 1990.

Petition for certification denied.

585 A.2d 406
STATE OF NEW JERSEY v. HARVEY KATZ.

October 30, 1990.

Petition for certification denied.

585 A.2d 406
STATE OF NEW JERSEY v. JAMES E. WILLIAMS.

October 30, 1990.

Petition for certification denied.